UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE BORNS**, <br><br> Petitioner, <br><br> vs. <br><br> **TROY CHRISMAN**, <br><br> Respondent. | Case No. 2:17-CV-13694-TGB <br><br> Honorable Terence G. Berg <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the Petition for a Writ of Habeas Corpus is **CONDITIONALLY GRANTED**. If the State fails to either release Petitioner or institute proceedings to retry him within 120 days of the filing date of this Order, Petitioner may move for an unconditional writ seeking immediate release from custody.

Dated at Detroit, Michigan:  March 31, 2025

                                                     KINIKIA ESSIX
                                                   CLERK OF THE COURT

                                                   s/Holly Ryan
                                                   Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE