UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **CLARENCE BORNS**, <br><br> Petitioner, <br><br> vs. <br><br> **TROY CHRISMAN**, <br><br> Respondent. | Case No. 2:17-CV-13694-TGB <br><br> Honorable Terence G. Berg <br><br> **ORDER APPOINTING COUNSEL** |

Petitioner Clarence Borns, a Michigan state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A habeas petitioner may obtain representation at any stage of the case "[w]henever the United States magistrate or the court determines that the interests of justice so require." *See* 18 U.S.C. § 3006A(a)(2)(B). The Court finds the interests of justice require the appointment of counsel at this time.

The Court **APPOINTS** the Federal Defender Office, 613 Abbott Street, Detroit, Michigan, 48226, telephone number (313) 967-5542, to represent Petitioner in this case. Such representation shall continue

unless terminated by (1) order of the court; (2) appointment of substitute counsel; or (3) appearance of retained counsel.

**IT IS SO ORDERED.**

DATED: March 31, 2025

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge